# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE GOTTSCHALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 GJ 1491 | DATE | JUNE 18, 2008 |
| CASE TITLE | US v. DARRELL RODGERS, HENRY TATE & SANDRA BOWDEN | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**08CR 483**

### GRAND JURY PROCEEDING

The Grand Jury for the _SPECIAL MARCH 2007_ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Arlander Keys_

DOCKET ENTRY:

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO ALL DEFENDANTS.

**FILED**
JUN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials
DOCKET #