# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 483 - 3 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. Sandra Bowden | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty as to all counts of Indictment. 16.1.(A) conference to be held by 8/13/08. Pretrial motions are due by 9/15/08, responses by 10/6/08; replies by 10/20/08. Ruling by mail by 11/20/08. Status hearing set for 10/22/2008 at 9:30AM. Jury trial is set for 1/26/09 at 9:00AM. Bond Hearing is set for 7/2/08 at 10:00AM. Time is excluded through 1/26/09 pursuant to 18:3161(h)(1)(F);(h)(8)(A)(B). Defendant is ordered release from US Marshal custody pending bond conditions to be determined on 7/2/08 at 10:30AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|