AC

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of UNITED STATES OF AMERICA         Case Number:    08 CR0483

vs.

SANDRA BOWDEN et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SANDRA BOWDEN

FILED
JUN 25 2008
6-25-2008
JUDGE JOAN B. GOTTSCHALL

| | |
|---|---|
| NAME (Type or print) <br> J. SCOTT ARTHUR | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/J SCOTT ARTHUR | |
| FIRM | |
| STREET ADDRESS 14315 South 108th Ave., Suite 222 | |
| CITY/STATE/ZIP ORLAND PARK, IL 60467 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0074306 | TELEPHONE NUMBER 708-460-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES XX☐   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES XX☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES XX☐   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES XX☐   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL XX☐   APPOINTED COUNSEL ☐ | |