## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 483 - 3 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. Sandra Bowden | | |

**DOCKET ENTRY TEXT**

Bond Hearing Held. Enter Order Setting Conditions of Release. Defendant admonished. It is hereby ordered that defendant's bond is enlarged to permit travel to Reno, Nevada the last two weeks of July 2008 for a family vacation. Defendant is ordered to provide pretrial services with itinerary prior to travel.

For further details see attached order.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | RJ |
|---|---|---|